The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VALERIE NORWOOD,<br><br>        Plaintiff,<br><br>  vs.<br><br>GRAYS HARBOR COMMUNITY HOSPITAL,<br><br>        Defendant | Case No. 3:21-CV-5135-BHS<br><br>OFFER OF JUDGMENT |

TO:        Valerie Norwood, Plaintiff;

AND TO:    Spencer Nathan Thal and Zachariah Nathan Thal, Vanguard Law LLC, Attorneys for Plaintiff.

      Pursuant to FRCP 68, Defendant Grays Harbor Community Hospital hereby offers to allow judgment to be taken against it in favor of Plaintiff, Valerie Norwood, for a total sum of Twenty Three Thousand Dollars and No Cents ($23,000.00) plus reasonable attorney fees and costs incurred by Plaintiff as of the date of this offer in an amount to be determined by the Court. This judgment is in total resolution of any and all claims and allegations by Plaintiff against, implicating, or involving Defendant. Upon acceptance of this offer, Plaintiff waives any and all rights to any further award of damages or other remedies based on the claims set forth in

OFFER OF JUDGMENT – 1
*Norwood v. Grays Harbor Community Hosp.*, Case No. 3:21-CV-5135-BHS

SEBRIS BUSTO JAMES, PS
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 - sebrisbusto.com

1  Plaintiff's Complaint. This offer is not an admission of fault or wrongdoing by Defendant, and
2  Defendant explicitly denies any wrongdoing.
3      If Plaintiff accepts this offer, she must provide written notice to Defendant's counsel
4  within fourteen (14) days of service of this offer. An acceptance received by Defendant's counsel
5  more than fourteen (14) days after service of this offer will not be valid, and Defendant will not
6  allow judgment to be entered against it.
7      An unaccepted offer is considered withdrawn. Evidence of an unaccepted offer is not
8  admissible except in a proceeding to determine costs. If the judgment that Plaintiff finally
9  obtains is not more favorable than $23,000.00, not including reasonable attorney fees or costs,
10 then Plaintiff must pay the costs Defendant incurred after service of this offer. *See* FRCP 68(d).
11     Dated Friday, December 24, 2021:

SEBRIS BUSTO JAMES, P.S.

s/Jeffrey A. James
Jeffrey A. James, WSBA #18277
jaj@sebrisbusto.com
Tina M. Aiken, WSBA #27792
taiken@sebrisbusto.com
SEBRIS BUSTO JAMES, P.S.
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

Attorneys for Defendant

OFFER OF JUDGMENT – 2
*Norwood v. Grays Harbor Community Hosp.*, Case No. 3:21-CV-5135-BHS

SEBRIS BUSTO JAMES, PS
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 - sebrisbusto.com