# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE NORWOOD,<br><br>               Plaintiff,<br>v.<br><br>GRAYS HARBOR COMMUNITY HOSPITAL,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 21-CV-05135 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 68(a), Defendant's offer of judgment, Plaintiff's acceptance of the offer, and the parties' notice of agreement regarding attorney fees and costs, the Court enters judgment in favor of Plaintiff Valerie Norwood and against Defendant Grays Harbor Community Hospital in the sum of $23,000.00, plus $12,780.20 in reasonable attorney fees and costs with interest at the rate of 5.25% accruing 14 business days from the date that this judgment is entered.

Dated January 24, 2022.

                                                      RAVI SUBRAMANIAN,
                                                     Clerk of the Court

                                                     */s/ Natalie Wood*
                                                     Deputy Clerk to Hon. Lauren King